JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>LEE BACA,<br><br>　　　　Respondent. | Case No. CV 14-3061-CAS (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Dismissing Petition Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 6, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1